

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00268-CV

---

JASON PAUL WHITE, DDS, APPELLANT

V.

JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, A MINOR CHILD, AND JOHN DOE II, AS NEXT FRIEND OF MINOR CHILDREN, JOHN DOE III AND JOHN DOE IV, APPELLEES

---

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2021-542,885, Honorable J. Phillip Hays, Presiding

---

November 17, 2021

## ORDER

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Before the Court is "Appellant's Brief and Second[1] Emergency Motion to Stay Receivership Pending Appeal." Appellant's brief and motion fail to cite any legal authority in support of his request for relief. Further, the arguments offered by appellant fail to establish that he is entitled to such relief. Accordingly, appellant's motion is denied.

Per Curiam

---

[1] Appellant has filed two previous emergency motions to stay the receivership, making the current motion his third.